NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**UNILOC 2017 LLC,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

_____

2020-1318

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-01093.

_____

**JUDGMENT**

_____

JAMES ETHERIDGE, Etheridge Law Group, Southlake, TX, for appellant.  Also represented by RYAN S. LOVELESS, BRETT MANGRUM, JEFFREY A. STEPHENS.

ERIN MARIE BOYD LEACH, Orrick, Herrington & Sutcliffe LLP, Irvine, CA, for appellee. Also represented by MELANIE L. BOSTWICK, MARK S. DAVIES, Washington, DC.

MAUREEN DONOVAN QUELER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor. Also represented by KAKOLI CAPRIHAN, THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED.

––––––––––––––––––

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, LOURIE and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 10, 2020          /s/ Peter R. Marksteiner
        Date                  Peter R. Marksteiner
                              Clerk of Court